UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER **19MJ04184**

PLAINTIFF(S)
v.

EVA FOSTER

DEFENDANT(S).

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: SUPERSEDING IDDICTMENT
in the EASTERN District of PENNSYLVANIA on 8/31/16
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 5/1/15
in violation of Title 21 U.S.C., Section(s) 841
to wit: DANGEROUS DRUGS

A warrant for defendant's arrest was issued by: GRAND JURY

Bond of $NONE was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 10/2/19 , by

_____, Deputy Clerk.

Signature of Agent

NAVARRO 1149
Print Name of Agent

USMS
Agency

DSO
Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT